AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIC KELVIN SCOTT, JR.,

    Plaintiff,

v.

PENNY HASS FREESEMAN, and
SHALENA COOK JONES,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV424-182

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 18, 2024, all of Plaintiff's claims and his Complaint are dismissed. 28 U.S.C. § 1915A(b)(1). This case stands closed.

Approved by: _/s/ Christopher L. Ray_
**HON. CHRISTOPHER L. RAY**
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 18, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_/s/_
(By) Deputy Clerk

GAS Rev 10/2020